UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cv-21100-Lenard-O'Sullivan

BOY RACER, INC.,

       Plaintiff,

vs.

JOHN DOE,

       Defendant.
_____/

ORDER GRANTING PLAINTIFF'S APPLICATION FOR
LEAVE TO TAKE EXPEDITED DISCOVERY TO IDENTIFY JOHN DOE

The Court has reviewed Plaintiff's Application for Leave to Take Expedited Discovery to Identify John Doe and the relevant case law.

Based upon the foregoing review, Plaintiff's Application for Leave to Take Expedited Discovery to Identify John Doe is GRANTED as follows:

1. Plaintiff may immediately serve a **deposition subpoena** on Jacob McCullough.

2. If Mr. McCullough's deposition testimony does not reveal the infringer's identity, or at least allow Plaintiff to name the Doe Defendant in this matter, then Plaintiff should direct any further discovery requests at this Court, and specifically brief the Court on how proposed discovery may lead to Plaintiff identifying the Doe Defendant.

3. If Mr. McCullough's deposition testimony sufficiently enables Plaintiff to name a Doe Defendant in this case, Plaintiff may do so.

4. Any information disclosed to Plaintiff in response to a Rule 45 subpoena may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in its Complaint.

5. If Mr. McCullough wishes to move to quash any subpoena issued pursuant to this Order, he must do so within 10 days of being served with the subpoena. and this order

6. Mr. McCullough shall preserve any information, tangible thing, or electronically stored information related to the subpoenas issued under this Order pending the resolution of any timely-filed motion to quash.

**IT SO ORDERED.**

Date: 6/7/12

United States ~~District Court~~ Judge
MATTHEWS